■ CELIA SINGER, Individually and as Executrix of PHILIP SINGER, Deceased, Appellant, v NEW YORK CITY TRANSIT AUTHORITY, Appellant. [886 NYS2d 883]—Order, Supreme Court, New York County (Joan B. Carey, J.), entered April 22, 2009, which denied plaintiff's motion to impose sanctions on defendant, unanimously affirmed, without costs.

Supreme Court providently exercised its discretion in denying plaintiff's motion for sanctions, which was brought eight months after the trial had concluded with a verdict in plaintiff's favor. While the trial court had stated that plaintiff could move for sanctions "whenever [she] wish[ed] to," this remark did not provide plaintiff with an unlimited period of time to bring the

motion, and as the court found, the eight-month delay was unreasonable. Concur—Sweeny, J.P., Buckley, Catterson, Acosta and Freedman, JJ.